UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )         Case No. 10-3026
                                     )
WAYNE HICKS, individually, d/b/a     )
AMERICANS FOR LAWFUL                 )
FINANCIAL INDEPENDENCE &             )
FREEDOM ("ALFII"); AND               )
MY ICIS, INC.                        )
                                     )
        Defendants.

## STIPULATED JUDGMENT OF PERMANENT INJUNCTION AGAINST WAYNE HICKS

Plaintiff United States of America and defendant Wayne Hicks, d/b/a Americans For Lawful Financial Independence ("ALFII")("defendant"), stipulate as follows:

Defendant waives the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure.

Defendant understands that this Stipulated Judgment of Permanent Injunction constitutes the final judgment in this matter, and waives any and all right to file an appeal from this judgment.

Defendant consents to the entry of this Stipulated Judgment of Permanent Injunction without further notice and agrees to be bound by its terms. Defendant further understands and agrees that the Court will retain jurisdiction over this matter for the purpose of implementing and enforcing this injunction, and understands that if he violates this injunction, he may be found to be in contempt of court and may be sanctioned or imprisoned. The parties agree that entry of

this permanent injunction neither precludes the Internal Revenue Service from assessing penalties against defendant for asserted violations of the Internal Revenue Code ("IRC"), nor precludes defendant from contesting any such penalties.

## ORDER

**IT IS HEREBY ORDERED** pursuant to 26 U.S.C. §§ 7402 and 7408 that defendant Wayne Hicks, d/b/a ALFII, and his representatives, agents, servants, employees, attorneys, independent contractors, anyone in active concert or participation with him, are **PERMANENTLY ENJOINED** from directly or indirectly;

1. Organizing, promoting, marketing, or selling any plan or arrangement that advises or assists taxpayers to attempt to violate internal revenue laws or unlawfully evade the assessment or collection of their federal tax liabilities, including establishing, facilitating, promoting, or operating anonymous banking and/or financial systems that purport to shield the identity of taxpayers and their financial transactions from the Internal Revenue Service;

2. Engaging in any other activity subject to penalty under 26 U.S.C. § 6700, including organizing or selling a plan or arrangement and making a statement regarding the excludability of income or securing of any other tax benefit by participating in the plan that defendant knows or has reason to know is false or fraudulent as to any material matter; and

3. Engaging in any other conduct that is subject to penalty under the Internal Revenue Code or that interferes with the proper administration and enforcement of the internal revenue laws.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor defendant's compliance with this injunction.

Consented and agreed to:

Wayne Hicks
241 Hickory St.
Rockaway Beach, MO 65740

GRAYSON A. HOFFMAN
Member, Virginia Bar, 73726
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2904
Fax: (202) 514-6770
Email: Grayson.A.Hoffman@usdoj.gov

SO ORDERED this 8 day of April, 2010.

UNITED STATES DISTRICT JUDGE

-3-

2835448.2